In re <u>Caprock Wine Company, L.L.C.</u> ,
**Debtor**

Case No. <u>09-50576</u>
**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | 0.00 | |
| | | | | |

Total► | 0.00

(Report also on Summary of Schedules.)

In re  Caprock Wine Company, L.L.C.              ,          Case No.  09-50576
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | | 200.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Plains Capital Bank (see attached) Wells Fargo Texas, N.A. (see attached) | | 1,560.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 11 foot screen and projector; audio system | | 2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Bronze Indian; original paintings of the winery | | 2,000.00 |
| 6. Wearing apparel. | | N/A | | |
| 7. Furs and jewelry. | | N/A | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | N/A | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | N/A | | |
| 10. Annuities. Itemize and name each issuer. | | N/A | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | N/A | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re Caprock Wine Company, L.L.C.          ,          Case No. 09-50576
                    Debtor                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | N/A | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | N/A | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | N/A | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | N/A | | |
| 16. Accounts receivable. | | Accounts Receivable | | 22,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | N/A | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | N/A | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | N/A | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | N/A | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Contingent Claims against Oxbridge Capital Group, LLC and PlainsCapital Bank arising from insider status, lender control, breach of fid. duty, subordination/claims, misappropriation/assets | | 3,500,000.00 |

In re Caprock Wine Company, L.L.C.                    ,          Case No. 09-50576
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | N/A | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Licenses | | 10.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer Lists; e-mail addresses of customers and potential customers | | 10.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1988 JDTractor; 1983 GMC delivery truck; 1991 GM Suburban; 2-1990 forklifts; 1976 Kubota Tractor; 1975 Int'l truck | | 11,500.00 |
| 26. Boats, motors, and accessories. | | N/A | | |
| 27. Aircraft and accessories. | | N/A | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, furnishings, and supplies | | 2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | (see attached) | | |
| 31. Animals. | | One cat | | 10.00 |
| 32. Crops - growing or harvested. Give particulars. | | N/A | | |
| 33. Farming equipment and implements. | | One lawn mower attachment to JD tractor; | | |
| 34. Farm supplies, chemicals, and feed. | | N/A | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_____ continuation sheets attached       Total ▶ | $

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  Caprock Wine Company, L.L.C.                              ,        Case No.  09-50576
_____                                 _____
                    **Debtor**                                                           **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| N/A | | | |

**In re** _____,     **Case No.** _____
            **Debtor**                                             **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1520493<br><br>PlainsCapital Bank<br>2911 Turtle Creek Blvd.<br>Ste. 1300<br>Dallas, TX 75219 | | | June 3, 2004;<br>Inventory, acct.<br>reciev., machinery<br>equipment, cash<br><br>VALUE $ 1,300,000.00 | | | | 3,853,247.47 | 2,553,247.47 |
| ACCOUNT NO. Unknown<br><br>Outsource Lease, Inc.<br>8004 Indiana Avenue, B-12<br>Lubbock, TX 79423 | | | October, 2009<br>Telephone<br>equipment<br><br>VALUE $   4,437.00 | | | X | 4,437.00 | 0.00 |
| ACCOUNT NO. R120817<br><br>Lubbock Central Appraisal<br>District<br>P.O. Box 10568<br>Lubbock, Texas 79408 | | | 2008 and 2009<br>FFM&E<br><br>VALUE $ 1,100,802.00 | | | | 41,088.72 | 0.00 |

<u> 0 </u> continuation sheets
    attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | Subtotal / Total | $ | $ |
|---|---|---|---|
| | Subtotal (Total of this page) | $   3,898,773.19 | $   2,553,247.47 |
| | Total (Use only on last page) | $   3,898,773.19 | $   2,553,247.47 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Caprock Wine Company, L.L.C          ,          Case No. 09-50576
                    **Debtor**                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re Caprock Wine Company, L.L.C                    ,          Case No. 09-50576
          **Debtor**                                                        **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re  Caprock Wine Company, L.L.C            ,      Case No. 09-50576
            **Debtor**                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  75-2916927<br><br>Internal Revenue Service<br>P.O. Box 9941<br>Ogden, Utah 84409 | | | 2003 Federal Income Tax Return | | | | 70,308.44 | 70,308.44 | 0.00 |
| Account No.  23001205<br><br>Texas Commission on Environmental Quality<br>P.O. Box 13089<br>Austin, TX 78711 | | | 2009 Permit | | | | 1,250.00 | 1,250.00 | 0.00 |
| Account No.  63838<br><br>Texas Department of State Health Servicesa<br>P.O. Box 12008<br>Austin, Texas 78711 | | | 2009 Food License | | | | 927.00 | 927.00 | 0.00 |
| Account No. | | | | | | | | | |

Sheet no. ____ of ____ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)  $ 72,485.44   $ 72,485.44   0.00

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 72,485.44

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 72,485.44   $ 0.00

In re  Caprock Wine Company, L.L.C.            ,     Case No.  09-50576                         Debtor
                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

G   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. R6864 <br><br> Airgas-Southwest <br> 4312 IH 35 S <br> New Braunfels, TX 78132 | | | Past Several Years <br> Wine Production | | | | $1,306.36 |
| ACCOUNT NO. CCO00129 <br><br> Amorim Cork America <br> 2557 Napa Valley Corporate <br> Drive, Ste A <br> Napa, CA 94558 | | | Past Several Years <br> Wine Production | | | | $11,293.50 |
| ACCOUNT NO. 153467 <br><br> Assurant Health <br> P.O. Box 624 <br> Milwaukee, WI 53201-0624 | | | Fall, 2009-Current <br> Employee Health <br> Insurance | | | | $1,574.08 |
| ACCOUNT NO. 397188 <br><br> Atmos Energy <br> P.O. Box 619785 <br> Dallas, TX 75261-9785 | | | Past Several Years <br> Utility Service | | | | $388.59 |

Subtotal ▶   $14,562.53

X     continuation sheets attached

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Caprock Wine Company, L.L.C.__          ,          Case No. __09-50576__
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 29674<br><br>B&D Customhouse Brokers, Inc.<br>340 N. Sam Houston Pkw East,<br>Ste 216<br>Houston, TX 77060 | | | Past Several Years<br>Wine Importation | | | | $14,249.23 |
| ACCOUNT NO. 141800<br><br>Bailey Boiler Works, Inc.<br>1103 FM 1585<br>Lubbock, TX 79423 | | | Past Several Years<br>Wine Production | | | | $1,927.22 |
| ACCOUNT NO. 2395<br><br>Baltimore Glassware Decorators<br>6240 Frankford Ave.<br>Baltimore, MD 21206 | | | Past Several Years<br>Wine Production | | | | $614.04 |
| ACCOUNT NO. N/A<br><br>Barnett & Garcia, PLLC<br>211 RR 620 South, Ste. 110<br>Austin, TX 78734 | | | Attorney for Vitro<br>Packaging, Inc. | | | X | $0.00 |
| ACCOUNT NO. 29770<br><br>BevCo International, LLC<br>11339 Todd Street<br>Houston, TX 77055 | | | June 24, 2008<br>Wine Distribution | | | | $11,017.23 |

Sheet no.__2__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▾          $27,807.72

Total ▾          $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Caprock Wine Company, L.L.C.</u>            ,          Case No.  <u>09-50576</u>
                  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 40421<br><br>Brady Worldwide, Inc.<br>P.O. Box 95794<br>Chicago, IL 60694-5794 | | | Past Several Years<br>Wine Production | | | | $189.63 |
| ACCOUNT NO. 32<br><br>Cantine Marchesi Fumanelli<br>Valpolicella<br>LOC Squarano San Floriano-37029<br>San Pietro in Cariano, VR<br>ITALY | | | Past Several Years<br>Wine Importation | | | | $60,645.75 |
| ACCOUNT NO. Unknown<br><br>C.H. Robinson Company<br>5012 50th Street, Ste. 202<br>Lubbock, TX 79414 | | | Past Several Years<br>Wine Production | | | | $1,962.10 |
| ACCOUNT NO. 1787<br><br>College Flowers<br>2002 Broadway<br>Lubbock, TX 79401 | | | Past Several Years<br>Event Planning | | | | $1,664.52 |
| ACCOUNT NO. 3412<br><br>Computer Solutions<br>5815 82nd<br>PMB #307<br>Lubbock, TX 79424 | | | Past Several Years<br>Wine Production | | | | $438.39 |

Sheet no. __3__ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured                                     Subtotal ▶         $64,900.39
Nonpriority Claims

                                                                                Total ▶        $
                                            (Use only on last page of the completed Schedule F.)
                          (Report also on Summary of Schedules and, if applicable on the Statistical
                                                  Summary of Certain Liabilities and Related Data.)

In re  Caprock Wine Company, L.L.C.                    ,          Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9400006503<br><br>CT Corporation System<br>350 North St. Paul St., Team 2<br>Dallas, TX 75201 | | | Past Several Years<br>Statutory Representation | | | | $348.00 |
| ACCOUNT NO. 8255909603415560<br><br>The CBE Group, Inc.<br>131 Tower Park Dr., Ste. 100<br>Waterloo, IA 50701 | | | Past Several Years<br>Administrative | | | | $261.80 |
| ACCOUNT NO. N/A<br><br>Daniele L. Maraviglia<br>Passalacqua, Mazzoni, et al<br>P.O. Box 455<br>Healdsburg, CA 95448-0455 | | | Attorney for Schneider<br>Vineyards, Inc. | | | | $Unknown |
| ACCOUNT NO. None<br><br>Don Roark<br>408 E. Woodrow Rd.<br>Lubbock, TX 79423 | | | 2008 and 2009<br>Unpaid Payroll | | | | $54,000.00 |
| ACCOUNT NO. 175343<br><br>Emery Dirt & Septic<br>502 NCR 2930<br>Lubbock, TX 79403 | | | September 30, 2009<br>Facility Maintenance | | | | $400.00 |

Sheet no.  4   of  14    continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▼          $55,009.80

Total ▼          $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Caprock Wine Company, L.L.C.                ,          Case No.  09-50576
                        **Debtor**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 141386891<br><br>FedEx<br>P.O. Box 660481<br>Dallas, TX 75266 | | | Past Several Years<br>Shipping | | | | $562.87 |
| ACCOUNT NO. 806<br><br>Flagship Products, LLC<br>4502 Tortuga Cove<br>Austin, TX 78731 | | | Past Several Years<br>Tasting Room<br>Merchandise | | | | $882.50 |
| ACCOUNT NO. 275<br><br>GAP Broadcasting, Lubbock, LLC<br>Dept. 22804<br>P.O. Box 202228<br>Dallas, TX 75320-2228 | | | Past Several Years<br>Advertising | | | | $475.00 |
| ACCOUNT NO. N/A<br><br>Gardere Wynne Sewell LLP<br>Mr. Steven S. Camp<br>1601 Elm Street, Ste. 3000<br>Dallas, TX 75201 | | | For Notice Purposes Only<br>Attorney for PlainsCapital<br>Bank | | | | $0.00 |
| ACCOUNT NO. N/A<br><br>Hudnall Graphic Design<br>4212 41st Street<br>Lubbock, TX 79413 | | | Past Several Years<br>Wine Production | | | | $2,257.00 |

Sheet no.  5   of  14   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▼         $4,177.37

Total ▼         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Caprock Wine Company, L.L.C.                    ,          Case No.  09-50576
                        Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1758 <br><br> KRFE Radio, Inc. <br> 6602 Martin Luther King Blvd. <br> Lubbock, TX 79404 | | | November 2, 2009 <br> Advertising | | | | $250.00 |
| ACCOUNT NO. 247340 <br><br> KAMC 28 <br> 7403 S. University <br> Lubbock, TX 79423 | | | December 12, 2009 <br> Advertising | | | | $650.00 |
| ACCOUNT NO. N/A <br><br> LabelOne Connect, Inc. <br> 7778 SW Nimbus Ave., Bldg. 10 <br> Beaverton, OR 97008 | | | June 30, 2008 <br> Wine Production | | | | $2,735.00 |
| ACCOUNT NO. 9430 <br><br> Lubbock Avalanche Journal <br> P.O. Box 491 <br> Lubbock, TX 79408-0491 | | | September 30, 2009 <br> Advertising | | | | $672.85 |
| ACCOUNT NO. FC1130 <br><br> Lubbock Electric Co. <br> 1108 34th Street <br> Lubbock, TX 79411 | | | Past Several Years <br> Maintenance | | | | $1,562.23 |

Sheet no.  6  of  13  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▼     $5,870.08

Total ▼     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Caprock Wine Company, L.L.C.              ,          Case No.  09-50576
                    **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  M40707<br><br>Mankas Hills Vineyards<br>MGR Partners, LLC<br>1793 Rockville Road<br>Fairfield, CA 94534 | | | December 21, 2007<br>Wine Purchase | | | | $13,224.20 |
| ACCOUNT NO.  N/A<br><br>Matthew J. Mussalli<br>9595 Six Pines Dr., Ste. 8210<br>The Woodlands, TX 77380 | | | Attorney for BevCo International, LLC | | | | $0.00 |
| ACCOUNT NO.  N/A<br><br>Midtown Printing & Graphics<br>1602 Texas Ave.<br>Lubbock, TX 79401 | | | April 13, 2009<br>Administrative Expense | | | | $400.00 |
| ACCOUNT NO.  83393<br><br>M.W. Periscope, Inc.<br>2025 Royal Ln., Ste. 310<br>Dallas, TX 75229 | | | September 11, 2008<br>Tasting Room<br>Merchandise | | | | $919.50 |
| ACCOUNT NO.  11304M<br><br>McCleskey, Harriger, et al<br>P.O. Box 6170<br>Lubbock, TX 79493 | | | Past Several Years<br>Legal Representation | | | | $10,008.53 |

Sheet no.  7   of  13    continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▼  $24,552.23

Total ▼  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Caprock Wine Company, L.L.C.                    ,          Case No.   09-50576
                      **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  274118<br><br>Names and Numbers<br>P.O. Box 1479<br>Pittsburg, KS 66762 | | | December 1, 2009<br>Advertising | | | | $231.16 |
| ACCOUNT NO.  8933<br><br>Oller Engineering, Inc.<br>2517 74th<br>Lubbock, TX 79423 | | | July 7, 2009<br>Environmental Permits | | | | $1,925.00 |
| ACCOUNT NO.  Unknown<br><br>Oxbridge Capital Group, LLC<br>805 3rd Avenue, 17th Floor<br>New York, NY 10022 | | | For Notice Purposes Only | | | X | $Unknown |
| ACCOUNT NO.  30450<br><br>Poka Lambro Communications<br>P.O. Box 550<br>Tahoka, TX 79373 | | | Past Several Years<br>Administrative<br>Telephone Service | | | | $2.47 |
| ACCOUNT NO.  17671<br><br>Popp, Gray and Hutcheson, LLP<br>Four Barton Skyway<br>1301 South Mopac, Ste. 430<br>Austin, TX 78746 | | | November 19, 2007<br>Attorneys Fees | | | | $5,653.76 |

Sheet no.  8   of  13   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►     $7,812.39

Total ►     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Caprock Wine Company, L.L.C.**                ,                 Case No.  **09-50576**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  None  Peroni Falvio Enologo Viale Europa, 3-37024 Negrar, VR    ITALY | | | Past Several Years Wine Maker | | | | $42,548.39 |
| ACCOUNT NO.  None  Phillip Anderson 408 E. Woodrow Rd Lubbock, TX 79423 | | | Past Several Years Unpaid Payroll | | | | $12,000.00 |
| ACCOUNT NO.  42500  3 W Property Tax Services P.O. Box 53126 Lubbock, TX 79453 | | | June, 2009 Property Tax Services | | | | $1,900.00 |
| ACCOUNT NO.  2923  Prospice Networks P.O. Box 64805 Lubbock, TX 79464 | | | 2009 Telephone Services | | | | $729.72 |
| ACCOUNT NO.  2009018  Schneider Vineyards, Inc. 2829 W. Dry Creek Rd. Healdsburg, CA 95448 | | | Past Several Years Wine Purchase | | | | $25,200.00 |

Sheet no.__9__of_13__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▼   $82,378.11

Total ▼   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  55000CR <br><br> Shop Across Texas <br> 5944 Luther Lane, Ste. 800 <br> Dallas, TX 75225 | | | 2009 <br> Advertising | | | | $100.00 |
| ACCOUNT NO.  87960600 <br><br> So. Plains Electric Cooperative, Inc <br> P.O. Box 1830 <br> Lubbock, TX 79408 | | | Past Several Years <br> Utility Service | | | | $14,955.40 |
| ACCOUNT NO.  1514 <br><br> Spoil Me Rotten Party Rentals <br> 124 E. Broadway <br> Lubbock, TX 79403 | | | Past Several Years <br> Event Party Rentals | | | | $92.01 |
| ACCOUNT NO.  DT110609 <br><br> South Plains Reproduction <br> 8810 Urbana Ave. <br> Lubbock, TX 79424 | | | Past Several Years <br> Marketing Materials | | | | $43.30 |
| ACCOUNT NO.  28902 <br><br> So. Plains Telephone Cooperative <br> P.O. Box 1379 <br> Lubbock, TX 79408-1379 | | | Past Several Years <br> Telephone Service | | | | $117.01 |

Sheet no. __10__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸      $15,307.72

Total ▸      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Caprock Wine Company, Inc.** ,                    Case No. **09-50576**
                **Debtor**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 67431103018 <br><br> Texas Deputy Magazine <br> 1304 Langham Creek Dr., Ste 324 <br> Houston, TX 77084-5042 | | | 2009 <br> Sponsorship Advertising | | | | $50.00 |
| ACCOUNT NO. None <br><br> TraceAnalysis, Inc. <br> 6701 Aberdeen Ave., Ste. 9 <br> Lubbock, TX 79424 | | | Past Several Years <br> Wine Production | | | | $1,556.00 |
| ACCOUNT NO. N/A <br><br> Underwood, Wilson, Berry et al <br> P.O. Box 9158 <br> Amarillo, TX 79105 | | | Attorney for WS <br> Packaging Group, Inc. | | | | $0.00 |
| ACCOUNT NO. <br><br> United States Trustee <br> Office of the U.S. Trustee <br> 1100 Commerce Street, Rm 976 <br> Dallas, TX 75242-1496 | | | For Notice Purposes Only | | | | $0.00 |
| ACCOUNT NO. Unknown <br><br> Vitro Packaging, Inc. <br> P.O. Box 911431 <br> Dallas, TX 75391-1431 | | | Past Several Years <br> Wine Production | | | X | $64,475.53 |

Sheet no. __11__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▾   $66,081.53

Total ▾   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Caprock Wine Company, L.L.C.                ,          Case No.  09-50576
                          **Debtor**                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. None<br><br>Vulcan Capital, LLC<br>Attn: Kevin C. Davis<br>150 East 52nd Street, 11th Floor<br>New York, NY 10022 | | | For Notification Purposes Only | | | | $0.00 |
| ACCOUNT NO. CAPW<br><br>Wilkerson Storage Company<br>P.O. Box 2525<br>Lubbock, TX 79408 | | | Past Several Years<br>Wine Storage | | | | $383.70 |
| ACCOUNT NO. 11304M<br><br>William P. Lane<br>McCleskey, Harriger et al<br>P.O. Box 6170<br>Lubbock, TX 79493 | | | For Notice Purposes Only | | | | $0.00 |
| ACCOUNT NO. HRH28719<br><br>Willis of Tennessee, Inc.<br>P.O. Box 905643<br>Charlotte, NC 28290-5643 | | | October 20, 2009<br>Alcohol Bond | | | | $210.00 |
| ACCOUNT NO. None<br><br>Worldwide Express<br>2828 Routh Street, Ste. 400<br>Dallas, TX 75201 | | | Past Several Years<br>Shipping | | | | $2,200.00 |

Sheet no.  12  of  13   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▾          $2,793.70

Total ▾          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Caprock Wine Company, L.L.C.__ ,
        **Debtor**

Case No. __09-50576__
        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Unknown<br>WS Packaging Group, Inc.<br>1102 Jefferson St.<br>P.O. Box 127<br>Algoma, WI 54201-0127 | | | 2007<br>Wine Production | | | | $17,712.24 |
| ACCOUNT NO. 158908698<br>ADT Security Services, Inc.<br>P.O. Box 371956<br>Pittsburgh, PA 15250 | | | Past Several Years<br>Security Services | | | | $55.93 |
| ACCOUNT NO. 4524<br>A&S Transportation<br>P.O. Box 1618<br>Lubbock, Texas 79408-1618 | | | 2007<br>Wine Transportation | | | | $858.99 |
| ACCOUNT NO. 80680<br>Clean 2 U, Inc.<br>P.O. Box 53592<br>Lubbock, Texas 79453-3592 | | | 2009<br>Cleaning Services | | | | $649.50 |
| ACCOUNT NO. None<br>Sue Johnson's Business Services<br>P.O. Box 6400<br>Lubbock, Texas 79493 | | | Past Several Years<br>Sales Tax Preparation | | | | $150.00 |

Sheet no. 13 of 13 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $19,426.66

Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) $390,680.23

B 6F (Official Form 6F) (12/07) - Cont.

In re  Caprock Wine Company, L.L.C.                    ,          Case No.   09-50576
                          Debtor                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Unknown<br>Hester Hardware<br>3006 79th Street<br>Lubbock, Texas 79423 | | | Past Several Years Wine Labels | | | | $0.00 |
| ACCOUNT NO.  0791994401<br>Retail Merchants Assoc.<br>P.O. Box 2249<br>Lubbock, Texas 79408 | | | Collector for Worldwide Express | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no._____of_____continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸  $

Total ▸  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Caprock Wine Company, L.L.C.</u> ,  Case No. <u>09-50576</u>
**Debtor**                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Outsource Lease, Inc.<br>8004 Indiana Avenue, B-12<br>Lubbock, Texas 79423 | Telephone equipment |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  Caprock Wine Company, L.L.C.          ,          Case No. 09-50576
                    **Debtor**                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| N/A | |

B 7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

### NORTHERN_____ DISTRICT OF _TEXAS___

In re:_____Caprock Wine Company, L.L.C.____     Case No.__09-50576-rlj11_____
                      Debtor                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $469,069.26 | 2009 Gross Income to Date of Filing |
| $335,786.19 | 2008 Gross Income |
| $302,814.21 | 2007 Gross Income |

2

## 2. Income other than from employment or operation of business

None


State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

---

## 3. Payments to creditors

None


*Complete a. or b., as appropriate, and c.*
a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Assurant Health<br>P.O. Box 624<br>Milwaukee, WI 532021 | 12/01/09<br>11/20/09 | $1,289.18<br>$1,289.18 | $0.00 |
| C.H. Robinson<br>5012 50th Street, Suite 202<br>Lubbock, Texas 79414 | 11/10/09<br>11/10/09<br>12/15/09 | $799.48<br>$799.48<br>$581.91 | $1,962.10 |
| Worldwide, Inc.<br>P.O. Box 9121<br>Minneapolis,.MN 55480 | 10/8/09<br>11/05/09<br>11/7/09<br>11/10/09<br>12/03/09 | $98.20<br>$97.68<br>$800.00<br>$799.48<br>$684.07 | $0.00 |
| Clean 2 U, Inc.<br>P.O. Box 53592<br>Lubbock, Texas 79453 | 10/22/09<br>11/30/09 | $649.50<br>$649.50 | $0.00 |
| ITEX<br>4630 50th Street, Suite 101<br>Lubbock, Texas 79414 | 11/30/09 | $2,259.44 | $0.00 |

3

| | | | |
|---|---|---|---|
| Festive Occasions/Party Rentals<br>3501 50th Street<br>Lubbock,. Texas 79413 | 10/05/09<br>10/30/09<br>12/11/09 | $503.97<br>$416.26<br>$527.88 | $0.00 |
| Hester Hardware<br>3006 79th Street<br>Lubbock, Texas 79423 | 10/24/09<br>11/23/09 | $819.28<br>$896.15 | $0.00 |
| Robert Hudnall Graphic Design<br>4212 41st Steet<br>Lubbock, Texas 79413 | 10/10/09<br>10/30/09<br>11/03/09<br>11/19/09<br>12/01/09 | $292.74<br>$175.00<br>$125.00<br>$396.36<br>$262.00 | $2,811.44 |
| South Plains Electric Cooperative<br>P.O. Box 1830<br>Lubbock, Texas 79408 | 10/09/09 | $4,384.48 | $14,955.40 |
| Texas Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>P.O. Box 13528<br>Austin, 78711 | 10/20/09<br>11/20/09<br>12/21/09 | $807.76<br>$1,099.79<br>$1,531.25 | $0.00 |
| Wilks Broadcasting, LLC<br>No. 33, Briercroft Office Park<br>Lubbock, Texas 79412 | 10/30/09<br>12/01/09 | $500.00<br>$500.00 | $0.00 |
| Charles Yancey<br>4630 50th Street. Suite 101<br>Lubbock, Texas 79414 | 12/15/09 | $805.00 | $0.00 |

None


c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR<br>AND RELATIONSHIP TO DEBTOR | DATE OF<br>PAYMENT | AMOUNT<br>PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| Schneider Vineyards, Inc.<br>Caprock Wine Company, LLC,<br>Lubbock DLR, Inc. and | Suit on Trade Debt | Supreme Court of<br>California, Sonoma | Pending |

Palo Duro Wine Partners, LP
CV-245173

| | | | |
|---|---|---|---|
| Vitro Packaging, Inc. v. Caprock Wine Company, LLC d/b/a Cap Rock Winery a/k/a Caprock Winery, C-1-CV-09-000474 | Trade Debt | CCL#1, Travis County Texas | Judgment Taken |
| Bevco International, LLC v. Cap Rock Wine Company, L.L.C. 2009-01453 | Trade Debt | In the 164th Judicial Court of Harris County, Texas | Pending |
| WS Packaging Group, Inc. P.O. Box 127 Algoma, WUI 54201-0127 | Trade Debt | 237th District Court of Lubbock County, Texas | Judgment Taken |



None

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns

None



List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None



a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Harold H. Pigg<br>Law Offices of Harold H. Pigg<br>P.O. Box 6887<br>Lubbock, Texas 79393-6887 | December 23, 2009 | $500.00 |

### 10. Other transfers

None



a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|



None

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT  AND DATE OF SALE OR CLOSING |
|---|---|---|

---

### 12.  Safe deposit boxes

None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13.  Setoffs

None
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

7

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Bobby Cox<br>Route 3, Box 187J<br>Lubbock, Texas 79403 | Bulk Wine, Chenin Blanc<br>$8,520.00 | Caprock Wine Company, L.L.C.<br>408 E. Woodrow Road<br>Lubbock, Texas 79423 |

**15.  Prior address of debtor**

None


If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of

any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None


a.  List the name and address of every site for which the debtor has received notice in writing by a government unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>ENVIRONMENTAL<br>NOTICE | NAME AND ADDRESS<br>AND ADDRESS<br>LAW | DATE OF<br>OF GOVERNMENTAL UNIT |
|---|---|---|

 **None**

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME | NAME AND ADDRESS ENVIRONMENTAL NOTICE | DATE OF AND ADDRESS OF GOVERNMENTAL UNIT LAW |
|---|---|---|

 **None**

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OR OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS |
|---|---|---|
| | DISPOSITION | |

---

## 18 . Nature, location and name of business

**None** ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Caprock Wine Company, L.L.C. | 75-2916928 | 408 E. Woodrow Rd. Lubbock, TX 79423 | Wine Production | 2003-Current |

**None** ☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this
bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

Sue Johnson;s Business Services                              01/01/2008-12/23/09
P.O. Box 6400
Lubbock, Texas 79493

None ☑   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy
case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                        DATES SERVICES RENDERED

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the
books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                         ADDRESS

Sue Johnson;s Business Services                              P.O. Box 6400
                                                             Lubbock, Texas 79493

Oxbridge Capital Group, L.L.C.                               805 3rd Avenue, 17th Floor
                                                             New York, NY 10022

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

Oxbridge Capital Group, L.L.C.                               November, 2008
805 3rd Avenue, 17th Floor
New York, NY 10022

---

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other 12/7basis) |
|---|---|---|
| 11/11/09 | Kirk Roark | 1,312,240.00 |
| 12/06/09 | Kirk Roark | 1,223,190.01 |

None ☐   b. List the name and address of the person having possession of the records of each of the inventories reported
in a., above.

NAME AND ADDRESSES
OF CUSTODIAN

| DATE OF INVENTORY | OF INVENTORY RECORDS |
|---|---|

November and December, 2009

Kirk Roark
408 E. Woodrow Road
Lubbock, Texas 79423

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Lubbock DLR, Inc. | General Partner Interest | 2.50% |
| Oxbridge Capital Group, L.L.C.<br>805 3rd Avenue, 17th Floor<br>New York, NY 10022 | Limited Partner Interest | 49.00% |
| Donald Roark | Limited Partner Interest | 48.50% |

None 

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None 

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None 

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None 

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OF OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| PlainsCapital Bank<br>2911 Turtle Creek Blvd., Suite 1300<br>Dallas, Texas 75204 | 2009 - Credit on sale of wine | $38,000.00 |

**24. Tax Consolidation Group.**

None

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)


**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER-IDENTIFICATION NUMBER (EIN)


\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____  Signature of Debtor _____

Date _____  Signature of Joint Debtor (if any) _____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   *1-6-2010*   Signature   *Don L Roark*

Print Name and Title   *DON C. ROARK, (PRESIDENT) GEN. PARTNER of Debtor*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

_____
Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# United States Bankruptcy Court

Northern District of Texas

In re  Caprock Wine Company, L.L.C.      ,
Debtor

Case No.  09-50576

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 3,541,290.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 3,898,773.19 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 72,485.44 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $ 390,680.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $ 0.00 |
| **TOTAL** | | 25 | $ 3,541,290.00 | $ 4,361,938.86 | |

# United States Bankruptcy Court

### Northern District of Texas

In re  Caprock Wine Company, L.L.C.          ,                   Case No.  09-50576
                Debtor

                                                                    Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 72,485.44 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 72,485.44 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 2,553,247.47 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 72,485.44 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $ 390,680.23 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 2,943,927.60 |