Harold H. Pigg
Law Offices of Harold H. Pigg
P.O. Box 6887 (79493)
4808 B . Knoxville Avenue
Lubbock, Texas 79413
SBN: 16005000
Telephone Number: 785-1500
Facsimile Number: 785-1565

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Caprock Wine Company, L.L.C. | § § | CASE NO. 09-50576-rlj-11 |
| Debtor | § § | |

**DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL, REQUEST FOR PRELIMINARY HEARING AND MOTION FOR PAYMENT OF CRITICAL VENDOR AND OTHER CLAIMS AND REQUEST FOR EXPEDITED HEARING**

TO THE HONORABLE ROBERT L. JONES, U.S. BANKRUTPCY JUDGE:

**I.**
**MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

Now comes the above-captioned Debtor-in-Possession (hereinafter "Debtor"), and moves this Court pursuant to 11 U.S.C .§363 (c)(2) to enter an order permitting the use of cash collateral as defined in 11 U.S.C. 363(a) in which PlainsCapitalBank (hereinafter "Creditor") and the estate have an interest. The Debtor alleges as follows:

1. The Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on December 23, 2009.

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 363(c)(2), and Federal Rule of Bankruptcy Procedure 4001(b).

3. The bankruptcy estate has an interest in cash, receivables and inventory (hereinafter "Cash Collateral"), which is subject to the Creditor's Security Interest.

4. Creditor has not agreed to the Debtor's proposed use of the Cash Collateral.

5. Debtor proposes to use the Cash Collateral in the amount of the cash received in the sale of wine and merchandise inventory; cash received in the wine production charges incurred by others, cash received through events hosted at the facilities; and cash received in the collection of account receivables.

6. Debtor attaches hereto as Exhibit A Projections of Cash Flow, Event Revenue Detail, Bottling Expense Detail and Marketing Expense Detail for the period January through June, 2010, exclusive of attorney fees and contract para-professional fees which will be submitted later. Debtor requires the use of cash collateral for the payment of these operating expenses as set forth in Exhibit A. Debtor believes the expenses listed on the Projections of Cash Flow, Bottling Expense Detail and Marketing Expense Detail are reasonable and necessary business expenses which must be paid in order to continue the Debtor's business.

7. Debtor is informed and believes that there is no alternative other than the use of the Cash Collateral and that such use is necessary to avoid irreparable harm to Debtor's rehabilitation under the Bankruptcy Code.

8. Debtor submits that Creditor is adequately protected through continuation of the monthly payments instituted by Creditor in the sum of $3500.00; by the increase of the value of inventory through bottling which can be accomplished through use of the cash collateral; and by the increase of receivables due to the establishment

of a new relationship with a state-wide distributor. It is also submitted that Creditor has not, within the last two years, required any additional creditor protection in excess of what it would continue to possess during this reorganization process. Alternatively, should the Court find that Creditor is entitled to receive further adequate protection, Debtor submits, without waiving its claim that adequate protection is not required, that Debtor segregate a percentage, not greater than ten percent, in an account maintained for the purpose of providing adequate protection to Creditor and/or Creditor be granted a replacement lien on all inventory value generated in the bottling process.

## II.
## REQUEST FOR PRELIMINARY HEARING

Debtor requests the Court to schedule a preliminary hearing pursuant to 11 U.S.C. §363(c)(2)(B) and (c)(3). Debtor would show the Court that payment of certain vendors, utilities, payroll, taxes and fees is required or will be required prior to normal scheduling of this Motion for a hearing. Debtor seeks a preliminary hearing on those critical payments identified in attached Exhibit B. Payment of the sums identified on Exhibit B is required for the continued operation of Debtor's business, and for its good faith attempt to reorganize.

## III.
## MOTION FOR PAYMENT OF CRITICAL
## VENDOR AND OTHER CLAIMS

Debtor seeks authority to pay those critical vendor and other claims identified in the attached Exhibit B, pursuant to this Court's equitable powers under Section 105(a), Bankruptcy Code. The vendor and other claims shown in Exhibit B require payment prior to the scheduling of a hearing on Debtor's Motion for Use of Cash Collateral.

Debtor would show that no Creditor has sought relief from the stay against collection of any of Debtor's listed debts under Bankruptcy Code 362(d), for cause. Payment of the debts listed in Exhibit B are deemed critical and necessary for the reorganization sought by Debtor-in-Possession:

## IV.
## REQUEST FOR EXPEDITED HEARING

Debtor states that a need exists for expedited consideration of its Motion for Payment of Critical Vendor and Other Claims. For cause, Debtor would show that it must have the immediate use of cash arising from the sale of existing inventory, merchandise and hosting of events for the purpose of maintaining its employees, for payment of essential vendors, payment of excise taxes, health insurance premium, utilities, Trustee's fees, and to continue bottling operations to replenish the inventory. It is submitted that payment of these expenses is critical to the continued operation of the business, and to permit an orderly reorganization. It is believed that payment will be required prior to any resolution of Debtor's Motion for Use of Cash Collateral.

## PRAYER

WHEREFORE PREMISES CONSIDERED, the Debtor prays that its Motion for Authority to Use Cash Collateral, Request for Preliminary Hearing and Motion for Payment of Critical Vendor Claims and Request for Expedited Hearing be granted, after appropriate notice to other creditors and parties in interest in this bankruptcy case, and for such other and further relief whether at law or in equity as the court may deem necessary and proper.

Respectfully Submitted,

HAROLD H. PIGG

LAW OFFICES OF HAROLD H. PIGG
P.O. Box 6887 (79493)
4808 B. Knoxville Avenue
Lubbock, Texas 79413
Telephone Number: 785-1500
Facsimile Number: 785-1565
E-mail **hhplaw@sbcglobal.net**

/s/ Harold H. Pigg
Harold H. Pigg, SBN: 16005000
Attorneys for
Caprock Wine Company, L.L.C.

## CERTIFICATE OF CONFERENCE

On the 21st day of January 2010, I certify that I conferred with Michael Cooley of Gardere, Wynne and Sewell, L.L.P., 3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201-4761 counsel for PlainsCapital Bank, and such Creditor objects to the relief sought.

/s/ Harold H. Pigg
Harold H. Pigg

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing Debtor's Motion for Authority to Use Cash Collateral, Request for Preliminary Hearing and Motion for Payment of Critical Vendor Claims and Request for Expedited Hearing was served on the following parties in interest on this 21st day of January, 2010.

1. Ms. Nancy Resnick
   U.S. Trustee's Office
   1100 Commerce Street
   Room 9C60
   Dallas, Texas 75242

2. Michael Cooley
   Gardere, Wynne, Sewell, L.L.P.
   3000 Thanksgiving Tower
   1601 Elm Street
   Dallas, TX 75201-4761

3. All other parties on the attached matrix.

/s/ Harold H. Pigg
Harold H. Pigg

EXHIBIT A

CapRock Wine Company LLC
Projections of Cash Flow
January - June 2010

**CASH INFLOW/OUTFLOW**
January - June 2010

| | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| **General and Administrative Expenses** | | | | | | |
| Electric | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,200.00 | $3,200.00 |
| Gas | $310.61 | $310.61 | $310.61 | $310.61 | $310.61 | $310.61 |
| Trash | $43.00 | $43.00 | $43.00 | $43.00 | $43.00 | $43.00 |
| Telephone: | $146.93 | $146.93 | $146.93 | $146.93 | $146.93 | $146.93 |
| Prospice | $236.96 | $236.96 | $236.96 | $236.96 | $236.96 | $236.96 |
| Outsource Lease | $167.32 | $167.32 | $167.32 | $167.32 | $167.32 | $167.32 |
| Poka Lambro | $43.00 | $43.00 | $43.00 | $43.00 | $43.00 | $43.00 |
| Cable Service | $173.18 | $173.18 | $173.18 | $173.18 | $173.18 | $173.18 |
| Internet/Email | $106.60 | $106.60 | $106.60 | $106.60 | $106.60 | $106.60 |
| ADT Theft/Fire Security | $55.93 | $55.93 | $55.93 | $55.93 | $55.93 | $55.93 |
| Auto Insurance | $136.64 | $136.64 | $136.64 | $136.64 | $136.64 | $136.64 |
| General Liab. / Property Insurance | N/A | $2,286.00 | $2,286.00 | $2,286.00 | $2,286.00 | $2,286.00 |
| Health Insurance | $2,265.00 | $2,265.00 | $2,265.00 | $2,265.00 | $2,265.00 | $2,265.00 |
| Accountant/Bookkeeper | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| **Total General and Administrative** | $7,242.17 | $9,528.17 | $9,528.17 | $9,528.17 | $9,728.17 | $9,728.17 |
| **Tax Expense** | | | | | | |
| Excise Tax | $269.47 | $70.00 | $264.00 | $264.00 | $291.00 | $306.00 |
| TTB | $91.06 | $64.46 | $93.41 | $96.41 | $101.51 | $118.01 |
| TABC | $53.89 | $14.00 | $52.90 | $52.80 | $58.20 | $61.20 |
| Sales Tax | $1,616.84 | $420.00 | $1,584.00 | $1,584.00 | $1,746.00 | $1,836.00 |
| **Total Tax Expense** | $2,031.27 | $568.46 | $1,994.21 | $1,997.21 | $2,196.71 | $2,321.21 |
| **Total Expenses** | $28,043.44 | $29,516.63 | $25,992.38 | $30,995.38 | $30,394.88 | $30,519.38 |
| **Ending Cash Balance** | $2,308.92 | ($5,722.70) | ($580.08) | $559.55 | $3,999.67 | $12,815.30 |

CONFIDENTIAL

CapRock Wine Company LLC
Projections of Cash Flow
January - June 2010

| CASH INFLOW/OUTFLOW | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| January - June 2010 | | | | | | |
| Beginning Cash Balance | $1,298.50 | $2,308.92 | ($5,722.70) | ($580.08) | $559.55 | $3,999.67 |
| **CASH INFLOW** | | | | | | |
| Wine Sales | | | | | | |
| Mexcor Distributors | $22,947.36 | $0.00 | $16,600.00 | $16,600.00 | $16,600.00 | $16,600.00 |
| Local distribution | $2,000.00 | $4,000.00 | $7,000.00 | $7,000.00 | $9,000.00 | $10,000.00 |
| Tasting Room Sales | $2,000.00 | $3,000.00 | $2,800.00 | $2,800.00 | $3,500.00 | $4,000.00 |
| | $26,947.36 | $7,000.00 | $26,400.00 | $26,400.00 | $29,100.00 | $30,600.00 |
| Event Revenue | $3,405.00 | $14,485.00 | $4,735.00 | $5,735.00 | $4,735.00 | $8,735.00 |
| **Total Revenue** | **$30,352.36** | **$21,485.00** | **$31,135.00** | **$32,135.00** | **$33,835.00** | **$39,335.00** |
| **CASH OUTFLOW** | | | | | | |
| Bottling Expense | $4,000.00 | $2,500.00 | | | | |
| Event Expense | | | | | | |
| Wine Class Food | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| Movie Night Food | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Sunday Brunch | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| Mardi Gras Entertainment | | $1,000.00 | | | | |
| **Total Event Expense** | **$570.00** | **$1,570.00** | **$570.00** | **$570.00** | **$570.00** | **$570.00** |
| Marketing & Advertising | | | | | | |
| General Manager | $800.00 | $1,400.00 | | $1,000.00 | | |
| Vice President | $0.00 | $450.00 | $1,000.00 | $1,000.00 | | |
| Advertising | $500.00 | $500.00 | | $4,000.00 | $5,000.00 | $5,000.00 |
| **Total Marketing & Advertising** | **$1,300.00** | **$2,350.00** | **$1,000.00** | **$6,000.00** | **$5,000.00** | **$5,000.00** |
| **Payroll Expense** | | | | | | |
| Don Roark - President | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Kirk - Vice President | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 |
| Phillip - General Manager | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Marcello - Cellar Master | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Part-time Employees | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Total Payroll Expense** | **$12,900.00** | **$12,900.00** | **$12,900.00** | **$12,900.00** | **$12,900.00** | **$12,900.00** |

CONFIDENTIAL

CapRock Wine Company LLC
Event Revenue Detail
January - June 2010

| Special Events | Customers | $/Customer | January | February | March | April | May | June |
|---|---|---|---|---|---|---|---|---|
| Weddings | 23 | $45 | $670.00 | $2,000.00 | $2,000.00 | $3,000.00 | $2,000.00 | $6,000.00 |
| Wine Class | 50 | $25 | $1,035.00 | $1,035.00 | $1,035.00 | $1,035.00 | $1,035.00 | $1,035.00 |
| Movie Night | 30 | $15 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 |
| Sunday Brunch | 50 | $45 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 |
| Valentine Day Dinner | 50 | $45 | | $2,250.00 | | | | |
| Mardi Gras Event | 750 | $10 | | $7,500.00 | | | | |
| Total Event Revenue | | | $3,405.00 | $14,485.00 | $4,735.00 | $5,735.00 | $4,735.00 | $8,735.00 |

CONFIDENTIAL

CapRock Wine Company LLC
Bottling Expense Detail
January - June 2010

| Bottling Expense | Cases | $Cost/Case | January |
|---|---|---|---|
| Chardonnay 2006 | 400 | $1.50 | $600.00 |
| Cabernet Sauvignon 2006 | 400 | $1.50 | $600.00 |
| Wine Consultant | | | $1,800.00 |
| Ozone Sterilization Bottling Equipment | | | $1,000.00 |
| | | | **$4,000.00** |

| | Cases | $Cost/Case | February |
|---|---|---|---|
| Sweet White | 50 | $20.00 | $1,000.00 |
| Sweet Red | 50 | $20.00 | $1,000.00 |
| Wine Consultant | | | $600.00 |
| | | | **$2,600.00** |

CapRock Wine Company LLC
Marketing Expense Detail
January - June 2010

## Marketing Expense Detail

**GM Travel**
| | | |
|---|---|---|
| 1/15 - Waco | | $200.00 |
| 1/16 - Killeen | | $200.00 |
| 1/26 - 1/28 Austin | | $400.00 |
| **Total January** | | **$800.00** |

| | | |
|---|---|---|
| 2/1 Dallas | | $200.00 |
| 2/2 Dallas | | $200.00 |
| 2/8 Houston | | $200.00 |
| 2/9 Houston | | $200.00 |
| 2/10 Houston | | $200.00 |
| 2/23 San Antonio | | $200.00 |
| 2/24 San Antonio | | $200.00 |
| **Total GM February** | | **$1,400.00** |

**Vice President Travel**
| | | |
|---|---|---|
| 2/18 Richardson TWGGA | | $150.00 |
| 2/19 Richardson TWGGA | | $150.00 |
| 2/20 Richardson TWGGA | | $150.00 |
| **Total VP February** | | **$450.00** |

**GM & VP Travel**
| | | |
|---|---|---|
| 4/15 - 4/18 TX Wine Fest | | $2,000.00 |

CONFIDENTIAL

# EXHIBIT B

## PAYROLL EXPENSES

### Pay Period #1
### 12/28/09 to 1/10/10

| | |
|---|---|
| Don Roark<br>President & CEO | $1,500.00 |
| Phillip Anderson<br>General Manager | $1,500.00 |
| Marcello Vargas<br>Cellar Master | $1,303.07 |
| Part Time Employees | |
| Kirk Roark | $750.35 |
| Colby Henson | $450.34 |
| John Hogan | $250.49 |
| **Total Payroll 12/28/09 to 1/10/10** | **$5,754.25** |

### Pay Period #2
### 1/11/10 to 1/24/10

| | |
|---|---|
| Don Roark<br>President & CEO | $1,500.00 |
| Kirk Roark<br>Vice President & CFO | $1,200.00 |
| Phillip Anderson<br>General Manager | $1,500.00 |
| Marcello Vargas<br>Cellar Master | $1,303.07 |
| Part Time Employees | |
| Colby Henson | $800.00 |
| John Hogan | $400.00 |
| **Total Payroll 1/11/10 to 1/24/10** | **$6,703.07** |
| **Total Payroll** | **$12,457.32** |

## UTILITIES

| | |
|---|---|
| Atmos Energy | $675.61 |
| South Plains Electric Cooperative, Inc. | $6,015.00 |

## HEALTH INSURANCE

| | |
|---|---|
| Assurant Health | $1,574.08 |

| | | |
|---|---|---|
| Airgas-Southwest<br>4312 IH 35 S<br>New Braunfels, TX 78132 | Amorim Cork America<br>2557 Napa Valley Corporate Drive, Ste A<br>Napa, CA 94558 | Assurant Health<br>501 W. Michigan Street<br>P.O. Box 624<br>Milwaukee, WI 53201-0624 |
| Atmos Energy<br>P.O. Box 619785<br>Dallas, TX 75261-9785 | B&D Customhouse Brokers, Inc.<br>340 N. Sam Houston Parkway East,<br>Suite 216<br>Houston, TX 77060 | Bailey Boiler Works, Inc.<br>1103 FM 1585<br>Lubbock, TX 79423 |
| Baltimore Glassware Decorators, Inc.<br>6240 Frankford Ave.<br>Baltimore, MD 21206 | Barnett & Garcia, PLLC<br>211 RR 620 South, Suite 110<br>Austin, TX 78734 | BevCo International, LLC<br>11339 Todd Street<br>Houston, TX 77055 |
| Brady Worldwide, Inc.<br>P.O. Box 95794<br>Chicago, IL 60694-5794 | Cantine Marchesi Fumanelli Valpolicella<br>LOC Squarano San Floriano – 37029<br>San Pietro in Cariano, VR<br>ITALY | C.H. Robinson Company<br>5012 50th Street, Suite 202<br>Lubbock, Texas 79414 |
| College Flowers<br>2002 Broadway<br>Lubbock, TX 79401 | Comptroller of Public Accounts<br>Revenue Accounting Division –<br>Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX 78711 | Computer Solutions<br>5815 82nd<br>PMB #307<br>Lubbock, TX 79424 |
| CT Corporation System<br>350 North St. Paul St.<br>Team 2<br>Dallas, TX 75201 | The CBE Group Inc.<br>131 Tower Park Dr.<br>Suite 100<br>Waterloo, IA 50701 | Daniele L. Maraviglia<br>Passalacqua, Mazzoni, Gladden,<br>Lopez & Maraviglia, LLP<br>P.O. Box 455<br>Healdsburg, CA 95448-0455 |
| Don Roark<br>408 E Woodrow Rd.<br>Lubbock, TX 79423 | Emery Dirt & Septic<br>502 NCR 2930<br>Lubbock, TX 79403 | Fedex<br>P.O. Box 660481<br>Dallas, TX 75266 |
| Flagship Products LLC<br>4502 Tortuga Cove<br>Austin, TX 78731 | GAP Broadcasting Lubbock, LLC<br>P.O. Box 202228<br>Dept. 22804<br>Dallas, TX 75320-2228 | Gardere Wynne Sewell LLP<br>Mr. Steven S. Camp<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201 |
| Hudnall Graphic Design<br>4212 41st St<br>Lubbock, TX 79413 | Department of the Treasury<br>Internal Revenue Service<br>Special Procedures, Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 | KRFE Radio Inc.<br>6602 Martin Luther King Blvd.<br>Lubbock, TX 79404 |
| KAMC 28<br>7403 S University<br>Lubbock, TX 79423 | LabelOne Connect, Inc.<br>7778 SW Nimbus Ave. Bldg. 10<br>Beaverton, OR 97008 | Lubbock Avalanche Journal<br>P.O. Box 491<br>Lubbock, TX 79408-0491 |

| | | |
|---|---|---|
| Lubbock Central Appraisal District<br>P.O. Box 10568<br>Lubbock, TX 79408 | Lubbock County Tax Assessor<br>916 Main St., Ste. 102<br>P.O. Box 10536<br>Lubbock, TX 79408 | Lubbock Electric Co.<br>1108 34th Street<br>Lubbock, TX 79411 |
| Mankas Hills Vineyards<br>MGR Partners, LLC<br>1793 Rockville Road<br>Fairfield, CA 94534 | Matthew J. Mussalli<br>9595 Six Pines Drive, Suite 8210<br>The Woodlands, TX 77380 | Midtown Printing & Graphics<br>1602 Texas Ave.<br>Lubbock, TX 79401 |
| M.W. Periscope, Inc.<br>2025 Royal Ln., Suite 310<br>Dallas, TX 75229 | McCleskey, Harriger, Brazill and Graf, L.L.P.<br>P.O. Box 6170<br>Lubbock, TX 79493 | Names and Numbers<br>P.O. Box 1479<br>Pittsburg, KS 66762 |
| Oller Engineering, Inc.<br>2517 74th<br>Lubbock, TX 79423 | Outsource Lease, Inc.<br>8004 Indiana Avenue, B-12<br>Lubbock, TX 79423 | Oxbridge Capital Group, LLC<br>805 3rd Avenue, 17th Floor<br>New York, NY 10022 |
| Poka Lambro Communications<br>P.O. Box 550<br>Tahoka, TX 79373 | Popp, Gray and Hutcheson, LLP<br>Four Barton Skyway<br>1301 South Mopac, Ste. 430<br>Austin, TX 78746 | Peroni Falvio Enologo<br>Viale Europa, 3-37024<br>Negrar, VR<br>ITALY |
| Phillip Anderson<br>408 E Woodrow Rd<br>Lubbock, TX 79423 | 3W Property Tax Services<br>P.O. Box 53126<br>Lubbock, TX 79453 | PlainsCapital Bank<br>Mr. J. Bart Bearden<br>2911 Turtle Creek Blvd.<br>Ste 1300<br>Dallas, TX 75219 |
| Prospice Networks<br>P.O. Box 64805<br>Lubbock, TX 79464 | Schneider Vineyard<br>2829 W. Dry Creek Road<br>Healdsburg, CA 95448 | Shop Across Texas<br>5944 Luther Lane, Suite 800<br>Dallas, TX 75225 |
| So. Plains Electric Cooperative, Inc.<br>P.O. Box 1830<br>Lubbock, TX 79408 | Spoil Me Rotten Party Rentals<br>124 E Broadway<br>Lubbock, 79403 | South Plains Reproduction<br>8810 Urbana Ave.<br>Lubbock, TX 79424 |
| So. Plains Telephone Cooperative<br>P.O. Box 1379<br>Lubbock, TX 79408-1379 | Texas Alcohol Beverage Comm<br>License and Permits Division<br>P.O. Box 13127<br>Austin, TX 78701-3127 | Texas Comm on Environmental Quality<br>P.O. Box 13089<br>Austin, TX 78711-3089 |
| Texas Deputy Magazine<br>1304 Langham Creek Dr., Ste 324<br>Houston, TX 77084-5042 | Texas Department of State Health Services<br>P.O. Box 12008<br>Austin, TX 78711 | Texas Workforce Commission<br>TEC Building – Bankruptcy<br>101 East 15th Street<br>Austin, TX 78778 |

TraceAnalysis, Inc.  
6701 Aberdeen Ave., Suite 9  
Lubbock, TX 79424

Underwood, Wilson, Berry, Stein &  
Johnson, P.C.  
P.O. Box 9158  
Amarillo, TX 79105

United States Trustee  
Office of the United States Trustee  
1100 Commerce Street, Room 976  
Dallas, TX 75242-1496

United States Attorney  
1205 Texas Avenue, 7th Floor  
Lubbock, TX 79401

Vitro Packaging, Inc.  
P.O. Box 911431  
Dallas, TX 75391-1431

Vulcan Capital, LLC  
Attn: Kevin C. Davis  
150 East 52nd Street, 11th Floor  
New York, NY 10022

Wilkerson Storage Company  
P.O. Box 2525  
Lubbock, TX 79408

William P. Lane  
McCleskey, Harriger, Brazill  
& Graf, LLC  
P.O. Box 6170  
Lubbock, TX 79493

Willis of Tennessee, Inc.  
P.O. Box 905643  
Charlotte, NC 28290-5643

Worldwide Express  
2828 Routh Street, Ste. 400  
Dallas, TX 75201

WS Packaging Group, Inc.  
1102 Jefferson St.  
P.O. Box 127  
Algoma, WI 54201-0127

Bobby Cox  
Rt. 3, Box 187J  
Lubbock, Texas 79403

Cliff Bigham, President Texas Wine and  
Grape Growers Assoc  
1448 CR 250  
Meadow, Texas 79345

ADT Security Services, Inc.  
P.O. Box 371956  
Pittsburgh, PA 15250-7956

A&S Transportation  
P.O. Box 1618  
Lubbock, TX 79408

Clean 2 U  
P.O. Box 53592  
Lubbock, TX 79453

Sue Johnson's Business Services  
P.O. Box 6400  
Lubbock, TX 79493

Retail Merchant's Association  
902 Avenue J  
Lubbock, Texas 79401