R. Byrn Bass, Jr.
SBN: 01889500
4716 4th Street, Suite 100
Lubbock, Texas 79416
Phone: (806) 785-1250
Facsimile: (806) 771-1260

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAPROCK WINE COMPANY, L.L.C. | § | CASE NO. 09-50576-rlj11 |
| | § | Hearing Date: March 24, 2010 |
| | § | Hearing Time: 1:30 p.m. |
| DEBTOR | § | |

## MOTION TO DISMISS CASE

**TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:**

CAPROCK WINE COMPANY, L.L.C. ("Caprock"), acting by and through its sole member, Palo Duro Wine Partners, L.P. ("Palo Duro") which is owned by Oxbridge Capital Group, L.L.C. ("Oxbridge") and Phillip Anderson ("Anderson"), sometimes collectively referred to herein as "Movants", and pursuant to 11 U.S.C. §1112(b)(1) file this Motion to Dismiss Case and would show the Court as follows:

### I.
### CASE BACKGROUND

1. This case was commenced when Caprock filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code on December 23, 2009.

2. No creditor's committee has been appointed in this case.

3. However, On February 2, 2010, the Office of the United States Trustee filed a Motion for the Appointment of Chapter 11 Trustee. On an expedited basis, the Court considered the Motion on February 4, 2010, granted the Motion, and issued its Order Authorizing the Appointment of a Chapter 11 Trustee. The same day, the Court issued its Order Approving Appointment of Trustee. Max Tarbox was then appointed and is now serving as Trustee in this case.

### II.
### OWNERSHIP AND CONTROL OF CAPROCK

4. Prior to the filing of this case, Caprock was owned and controlled through its sole member, Palo Duro

Wine Partners, L.P., a Texas Limited Partnership (again "Palo Duro"), owned by:

    a.    Oxbridge - 49% Limited Partner

    b.    Don Roark - 48.5% Limited Partner

    c.    Lubbock DLR, Inc. - 2.5% General Partner

The day to day affairs of managing and running Caprock's business was left up to Mr. Roark. All contributions of capital to Caprock were made by Oxbridge or through money loaned Caprock by Plains Capital Bank ("the Bank"). Mr. Roark never injected any capital into the business.

5.    This case was commenced by Mr. Roark acting on behalf of Lubbock DLR, Inc. ("DLR"). The case was commenced without the prior approval of or even consultation with Oxbridge.

6.    Thereafter, on January 27, 2010, and pursuant to prior agreements entered into by Roark, DLR, and Oxbridge, Oxbridge purchased Roark's 48.5% interest in Palo Duro, removed DLR as Palo Duro's general partner, and then sold and assigned those interests to Anderson. The ownership interest of Palo Duro now is:

    a.    Oxbridge - 49% Limited Partner

    b.    Phillip Anderson - 48.5% Limited Partner

    c.    Phillip Anderson - 2.5% General Partner

6a.    Contemporaneously, Anderson, on behalf of Movants, served written notice on Caprock's attorney of record, Harold Pigg, that he was to take no further instructions from Mr. Roark and take only instructions from the limited partners and general partner of Palo Duro as regards the affairs of Caprock. That notice notwithstanding, Mr. Pigg has continued to act in this case, and act as if he was representing Roark and DLR as well as Caprock.

7.    The ownership structure of Caprock down through Palo Duro and its owners before and after the removal of Roark and DLR, is set forth on the chart attached as Exhibit A hereto.

8.    Caprock is now owned and controlled by Palo Duro, which is owned and controlled by Oxbridge and Anderson.

8a.    On February 1, 2020, Caprock filed Adversary No. 10-05004 in this case, requesting that the Court, among other things, restrain Oxbridge and Anderson from pursuing any change or reorganization of control of Caprock. On February 8, 2010, the Court issued its Order denying that request.

## III.
## DISMISSAL OF THE CASE

9.  Movants would show that Caprock doesn't need to continue and operate in Chapter 11.

10.  On information and belief, Movants would show that Caprock doesn't need the protection afforded by Chapter 11.

11.  This case should be dismissed.

12.  A number of the creditors in this case have been contacted, of those contacted, none have opposed the dismissal of this case. A list of the creditors contacted and their responses on the dismissal of the case are as follows:

| Creditor | Opposed | Unopposed | Amount of Claim |
|---|---|---|---|
| A&S Transport | X | | $ 859.99 |
| Amorim Corks/now Sierra Consumer Acceptance | X | | $15,058.00 |
| Bailey Boiler Works | X | | $ 1927.00 |
| B&D Customhouse Brokers | X | | $13,749.23 |
| Bevco | X | | |
| EST Labs | X | | $ 3,798.72 |
| Flagship Products | X | | $ 882.50 |
| ITEX | X | | $ 5,608.04 |
| LabelOne Connect | X | | $ 2,375.00 |
| Lubbock Electric | X | | $ 1,574.91 |
| Mankas Hills Vineyard | X | | $13,224.20 |
| McCleskey, Harriger, Brazil & Graf, LLP | X | | $10,588.53 |
| Michael Dusi Trucking | X | | $ 5,490.00 |
| Oller Engineering | X | | $ 3,374.13 |
| Popp, Gray & Hutcheson, LLP | Left Message | | $ 5,653.76 |
| Robert Hudnall Graphics | X | | $ 2,257.00 |
| Schneider Vineyards | X | | $25,200.00 |
| TraceAnalysis, Inc. | X | | $ 1,556.00 |
| Worldwide Express | X | | $ 9,851.39 |
| WS Packing | X | | $20,796.00 |

13. Movants would show, upon information and belief, that Caprock can and will be able to reach satisfactory arrangements and agreements with its creditors for the payment and satisfaction of their claims.

14. To continue in Chapter 11 would simply serve to surcharge Caprock's operations with Trustee's fees and commissions, attorney's fees for the Trustee, and no doubt other costs.

15. Dismissal of the case is in the best interests of creditors and the estate. There are no unusual circumstances existing that establish that the requested dismissal is not in the best interest of creditors, given their apparent overwhelming approval of same.

WHEREFORE, after notice and hearing, Movants pray that this case be dismissed.

DATED this 22nd day of February, 2010.

## NOTICE

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1205 TEXAS AVE., THIRD FLOOR, LUBBOCK, TEXAS 79401 BEFORE THE CLOSE OF BUSINESS ON THE 15TH DAY OF MARCH, 2010, WHICH IS AT LEAST TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF. ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE DEBTOR PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD AT THE DATE AND TIME SET FORTH ON THE FIRST PAGE OF THIS MOTION. IF THE RELIEF REQUESTED IN THIS MOTION IS NOT OBJECTED TO, THEN SAME SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

CAPROCK WINE COMPANY, LLC
PALO DURO WINE PARTNERS
OXBRIDGE CAPITAL GROUP, LLC, and
PHILLIP ANDERSON,
Movants

BY: /s/ R. Byrn Bass, Jr.
R. BYRN BASS, JR.
Attorney at Law
SBN: 01889500
Compass Bank Building
4716 4th Street, Suite 100
Lubbock, Texas 79416
Phone: (806) 785-1250
Facsimile: (806) 771-1260

## CERTIFICATE OF CONFERENCE

I certify that on information and belief, the creditors listed in Paragraph 12 of this Motion were contacted, and they don't oppose the Motion. I do further certify that I have conferred with Michael Cooley of Gardere Wynne Sewell LLP in Dallas, Texas, he represents secured creditor Plains Capital Bank. The Bank does not oppose this Motion.

/s/ R. Byrn Bass, Jr.
R. BYRN BASS, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was this day filed electronically with those receiving electronic notice therefore receiving a copy of same. A copy was also mailed to the creditors and parties in interest on the mailing matrix attached hereto.

*/s/ R. Byrn Bass, Jr.*
R. BYRN BASS, JR.

# CAPROCK FLOW CHART



Label Matrix for local noticing
0539-5
Case 09-50576-rlj11
Northern District of Texas
Lubbock
Thu Feb 18 11:27:26 CST 2010

Caprock Wine Company, L.L.C.
408 East Woodrow Road
Lubbock, TX 79423-7809

McCleskey, Harriger, Brazill & Graf
P.O. Box 6170
Lubbock, TX 79493-6170

PlainsCapital Bank
2911 Turtle Creek Boulevard
Suite 1300
Dallas, TX 75219-6257

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

3W Property Tax Services
P.O. Box 53126
Lubbock, TX 79453-3126

A & S Transportation
P.O. Box 1618
Lubbock, TX 79408-1618

A Lasers Touch
5135 C 69th
Lubbock, TX 79424-1643

A&S Transportatin
P.O. Box 1618
Lubbock, TX 79408-1618

ADT Security Services, Inc.
P.O. Box 371956
Pittsburgh, PA 15250-7956

ATMOS ENERGY CORPORATION
PO BOX 650205
DALLAS TX 75265-0205

Airgas-Southwest
4312 IH 35 S
New Braunfels, TX 78132-4940

Amorim Cork America
2557 Napa Valley Corporate Dr.
Napa, CA 94558-6295

Assurant Health
501 W. Michigan Street
P.O. Box 624
Milwaukee, WI 53201-0624

Atmos Energy
P.O. Box 619785
Dallas, TX 75261-9785

B & D Customhouse Brokers, Inc.
340 N. Sam Houston Parkway East, Suite 2
Houston, TX 77060-3305

Bailey Boiler Works, Inc.
1103 FM 1585
Lubbock, TX 79423-7431

Baltimore Glassware Decorators, Inc.
6240 Frankford Ave.
Baltimore, MD 21206-4902

Barnett & Garcia, PLLC
211 RR 620 South, Suite 110
Austin, TX 78734-3966

BevCo International, LLC
11339 Todd Street
Houston, TX 77055-1300

(c)BOBBY COX
12625 N COUNTY ROAD 2700
LUBBOCK TX  79403-6959

Brady Worldwide, Inc.
P.O. Box 95794
Chicago, IL 60694-5794

C.H. Robinson Company
5012 50th Street, Suite 202
Lubbock, TX 79414-3434

CT Corporation System
350 North St. Paul St. Team 2
Dallas, TX 75201-4240

Cantine Marchesi Fumanelli Valpolicella LOC
Italy

Clean 2 U
P.O. Box 53592
Lubbock, TX 79453-3592

Cliff Bingham, President
Texas Wine and Grape Growers Association
1448 CR 250
Meadow, Texas 79345-5907

College Flowers
2002 Broadway
Lubbock, TX 79401-3020

Comptroller of Public Accounts
Revenue Accounting Division  Bankruptcy
Austin, TX 78711

Computer Solutions
PMB No. 307
Lubbock, TX 79424

| | | |
|---|---|---|
| Daniele L. Maraviglia<br>Passalacqua, Mazzoni, Gladden, Lopez & M<br>P.O. Box 455<br>Healdsburg, CA 95448-0455 | Don L. Roark<br>3006 - 79th<br>Lubbock, TX 79423-1822 | Emery Dirt & Septic<br>502 N CR 2930<br>Lubbock, TX 79403-8154 |
| Fedex<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | Flagship Products LLC<br>4502 Tortuga Cove<br>Austin, TX 78731-4541 | GAP Broadcasting Lubbock, LLC<br>P.O. Box 202228<br>Dept. 22804<br>Dallas, TX 75320-2228 |
| Gardere Wynne Sewell LLP<br>Mr. Steven S. Camp<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201-4757 | Hudnall Graphic Design<br>4212 41st St<br>Lubbock, TX 79413-2910 | INTERNAL REVENUE SERVICE<br>1100 COMMERCE STREET<br>DALLAS TX 75242-1100<br>MC5027DAL |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | KAMC 28<br>7403 S University<br>Lubbock, TX 79423-1424 | KRFE Radio Inc.<br>6602 Martin Luther King Blvd.<br>Lubbock, TX 79404 |
| LabelOne Connect, Inc.<br>7778 SW Nimbus Ave. Bldg. 10<br>Beaverton, OR 97008-6423 | Lubbock Avalanche Journal<br>P.O. Box 491<br>Lubbock, TX 79408-0491 | Lubbock Central Appraisal District<br>P.O. Box 10568<br>Lubbock, TX 79408-3568 |
| Lubbock Central Appraisal District<br>c/o Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott<br>PO Box 817<br>Lubbock, TX 79408-0817 | Lubbock County Tax Assessor<br>916 Main St., Ste. 102<br>P.O. Box 10536<br>Lubbock, TX 79408-3536 | Lubbock Electric Co.<br>1108 34th Street<br>Lubbock, TX 79411-2731 |
| M.W. Periscope, Inc.<br>2025 Royal Ln., Suite 310<br>Dallas, TX 75229-3229 | Mankas Hills Vineyards MGR Partners, LLC<br>1793 Rockville Road<br>Fairfield, CA 94534-1485 | Matthew J. Mussalli<br>9595 Six Pines Drive, Suite 8210<br>The Woodlands, TX 77380-1642 |
| McCleskey, Harriger, Brazil and Graf, L.L.P.<br>P.O. Box 6170<br>Lubbock, TX 79493-6170 | McCleskey, Harriger, Brazill & Graf<br>CO Tommy Swann<br>P.O. Box 6170<br>Lubbock, TX 79493-6170 | Midtown Printing & Graphics<br>1602 Texas Ave.<br>Lubbock, TX 79401-5141 |
| Names and Numbers<br>P.O. Box 1479<br>Pittsburg, KS 66762-1479 | Oiler Engineering, Inc.<br>2517 74th<br>Lubbock, TX 79423-1405 | Outsource Lease, Inc.<br>8004 Indiana Avenue, B-12<br>Lubbock, TX 79423-2044 |
| Oxbridge Capital Group, LLC<br>805 3rd Avenue, 17th Floor<br>New York, NY 10022-7550 | Peroni Falvio Enologo Viale Europa<br>3-37024 Negrar<br>Italy | Phillip Anderson<br>408 E Woodrow Rd.<br>Lubbock, TX 79423-7809 |

| | | |
|---|---|---|
| Phillip Anderson<br>5809 90th St<br>Lubbock, TX 79424-3626 | PlainsCapital Bank<br>Mr. J. Bart Bearden<br>2911 Turtle Creek Blvd. Suite 1300<br>Dallas, TX 75219-6257 | Poka Lambro Communications<br>P.O. Box 550<br>Tahoka, TX 79373-0550 |
| Popp, Gray and Hutcheson, LLP<br>Four Barton Skyway<br>1301 South Mopac, Ste. 430<br>Austin, TX 78746-6919 | Prospice Networks<br>P.O. Box 64805<br>Lubbock, TX 79464-4805 | Retail Merchant's Association<br>902 Avenue J<br>Lubbock, Texas 79401-2719 |
| Schneider Vineyard<br>2829 W. Dry Creek Road<br>Healdsburg, CA 95448 | Shop Across Texas<br>5944 Luther Lane, Suite 800<br>Dallas, TX 75225-5920 | South Plains Electric Cooperative, Inc.<br>P.O. Box 1830<br>Lubbock, TX 79408-1830 |
| South Plains Reproduction<br>8810 Urbana Ave.<br>Lubbock, TX 79424 | South Plains Telephone Cooperative<br>P.O. Box 1379<br>Lubbock, TX 79408-1379 | Spoil Me Rotten Party Rentals<br>124 E Broadway<br>Lubbock, 79403-4915 |
| Sue Johnson's Business Service<br>P.O. Box 6400<br>Lubbock, TX 79493-6400 | Texas Alcohol Beverage Commission<br>License and Permits Division<br>P.O. Box 13127<br>Austin, TX 78711-3127 | Texas Commission on Environmental Quality<br>P.O. Box 13089<br>Austin, TX 78711-3089 |
| Texas Department of State Health Services<br>P.O. Box 12008<br>Austin, TX 78711-2008 | Texas Deputy Magazine<br>1304 Langham Creek Dr., Suite 324<br>Houston, TX 77084-5043 | Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| The CBE Group Inc.<br>131 Tower Park Dr. Suite 100<br>Waterloo, IA 50701-9588 | TraceAnalysis, Inc.<br>6701 Aberdeen Ave., Suite 9<br>Lubbock, TX 79424-1501 | Underwood, Wilson, Berry, Stein & Johnson<br>Amarillo, TX 79105 |
| United States Attorney<br>1205 Texas Avenue, 7th Floor<br>Lubbock, TX 79401-4037 | Vitro Packaging, Inc.<br>P.O. Box 911431<br>Dallas, TX 75391-1431 | Vulcan Capital, LLC<br>Attn: Kevin C. Davis<br>150 East 52nd Street, 1 1th Floor<br>New York, NY 10022-6017 |
| WS Packaging Group, Inc.<br>1102 Jefferson St.<br>P,O, Box 127<br>Algoma, WI 54201-0127 | WS Packaging Group, Inc.<br>2571 S. Hemlock Rd.<br>Green Bay, WI 54229-9508 | Wilkerson Storage Company<br>P.O. Box 2525<br>Lubbock, TX 79408-2525 |
| William P. Lane<br>McCleskey, Harriger, Brazil & Graf, LLC<br>P.O. Box 6170<br>Lubbock, TX 79493-6170 | Willis of Tennessee, Inc.<br>P.O. Box 905643<br>Charlotte, NC 28290-5643 | Worldwide Express<br>2828 Routh Street, Ste. 400<br>Dallas, TX 75201-1437 |

Harold Houston Pigg  
Law Offices of Harold H. Pigg  
PO Box 6887  
Lubbock, TX 79493-6887

Max R. Tarbox  
McWhorter, Cobb & Johnson, LLP  
1722 Broadway  
P.O. Box 2547  
Lubbock, TX 79408-2547

UST U.S. Trustee  
1100 Commerce Street  
Room 976  
Dallas, TX 75242-1011

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service  
Special Procedures, Insolvency  
P.O. Box 21126  
Philadelphia, PA 19114

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Bobby Cox  
Rt. 3, Box 187J  
Lubbock, Texas 79403

End of Label Matrix  
Mailable recipients  92  
Bypassed recipients   0  
Total                92