Harold H. Pigg
Law Offices of Harold H. Pigg
P.O. Box 6887
Lubbock, Texas 79493
SBN: 16005000
Telephone Number: 785-1500
Facsimile Number: 785-1565

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Caprock Wine Company, L.L.C. | § | CASE NO. 09-50576-rlj-11 |
| Debtor | § § | |

### NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND MOTION FOR PAYMENT OF CRITICAL VENDOR AND OTHER CLAIMS AND REQUEST

Notice is given by Debtor, Caprock Wine Company, L.L.C. ("Debtor") that the previously filed Debtor's Motion for Authority to Use Cash Collateral and Motion for Payment of Critical Vendor and Other Claims and Request is no longer necessary. Pursuant to the United States Trustee's Motion for the Appointment of Chapter 11 Trustee Under 11 U.S.C. § 1104(a)(2), the Court appointed Max R. Tarbox as Trustee on February 5, 2010. Accordingly, Debtor desires to withdraw such Motion, and files this Notice of such withdrawal.

LAW OFFICES OF HAROLD H. PIGG
P.O. Box 6887
Lubbock, Texas 79493
Telephone Number: 785-1500
Facsimile Number: 785-1565
E-mail **hhplaw@sbcglobal.net**

/s/ Harold H. Pigg
Harold H. Pigg, SBN: 16005000
Attorneys for
Caprock Wine Company, L.L.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing Motion for Authority to Use Cash Collateral and Motion for Payment of Critical Vendor and Other Claims and Request was served on the following parties in interest on this 11th day of March, 2010.

1. Ms. Nancy Resnick
   U.S. Trustee's Office
   1100 Commerce Street
   Room 9C60
   Dallas, Texas 75242

2. Michael Cooley
   Gardere, Wynne, Sewell, L.L.P.
   3000 Thanksgiving Tower
   1601 Elm Street
   Dallas, Texas 75201-4761

3. Max R. Tarbox
   McWhorter, Cobb & Johnson, LLP
   P.O. Box 2547
   Lubbock, Texas 79408-2547

4. R. Byrn Bass, Jr.
   4716 4th Street, Ste 100
   Lubbock, Texas 79416

5. McCleskey, Harriger, Brazill & Graf
   c/o Tommy Swann
   P.O. Box 6170
   Lubbock, TX 79493-6170

/s/ Harold H. Pigg
Harold H. Pigg