U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed July 07, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Caprock Wine Company LLC, | § | Case No. 09-50576-rlj11 |
| | § | |
| Caprock Real Estate Holdings, L.L.C., | § | Case No. 09-50577-rlj11 |
| | § | |
| *Debtors.* | § | Jointly Administered under Case No. 09-50576-rlj11 |

**ORDER AMENDING ORDER AUTHORIZING SALE OF ALL ASSETS BY AUCTION
FREE AND CLEAR OF ALL LIENS,
CLAIMS AND ENCUMBRANCES**

On May 26, 2010, this Court entered an Order entitled *Order Authorizing Sale of All Assets by Auction Free and Clear of Liens, Claims and Encumbrances*, in the above estates, with the property to be sold identified as follows:

The real property consists of an event center and an attached winery, including fixtures, at

> 408 E Woodrow Road, Lubbock, Texas located on 10 acres of land having the property description of Block 20, Section 25, Abstract 413, Tract 4A, Lubbock County, Texas.

This Court having being informed that the Trustee has learned that the estates own an additional 14.59 acres of land, and the Court having been further informed that Plains Capital Bank and the Trustee have agreed that the additional 14.59 acres should be included in the sale of all assets of the estates scheduled to be sold by auction on July 12, 2010. The Court hereby amends and conforms its prior Order entitled *Order Authorizing Sale of All Assets by Auction Free and Clear of Liens, Claims and Encumbrances* dated May 26, 2010 to incorporate the legal description of the property sold as follows:

> The real property consists of an event center and an attached winery, including fixtures, at 408 E Woodrow Road, Lubbock, Texas located on **24.59 acres** of land having the property description of Block 20, Section 25, Abstract 413, **Tracts 4A, 4F, and 4G**, Lubbock County, Texas.

### End of Order ###